THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Ronell R. Brown, Appellant.
 
 
 

Appeal From Charleston County
 A. Victor Rawl, Circuit Court Judge

Unpublished Opinion No. 2004-UP-583
Submitted November 1, 2004  Filed November 
 17, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellant Defender Tara S. Taggart, Office of Appellate Defense, of 
 Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. 
 McIntosh, Assistant Deputy Attorney General Salley W. Elliott , all of Columbia; 
 and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM: Ronell R. Brown was indicted for assault on a police officer 
 while resisting arrest.  He pled guilty to the charge.  The trial court sentenced 
 him to a youthful offender sentence not to exceed six years.  Browns counsel 
 attached to the final brief a petition to be relieved as counsel stating she 
 had reviewed the record and concluded the appeal lacked merit.  Brown did not 
 file a pro se response.  We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991).  Counsels petition to be relieved is granted.1
APPEAL DISMISSED.  
HUFF, BEATTY, and KITTREDGE, JJ., concur.  

 
 1 We decide this case without oral argument pursuant 
 to Rule 215, SCACR.